IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| POLYWEAVE PACKAGING, INC., )<br>)<br>Plaintiff-Appellant, )<br>)<br>v. )<br>)<br>PETER PAUL MONTGOMERY BUTTIGIEG, )<br>)<br>Defendant-Appellee. )<br>) | No. 21-5929 |

**APPELLEE'S UNOPPOSED MOTION
FOR A 7-DAY ADDITIONAL EXTENSION OF TIME
WITHIN WHICH TO FILE HIS BRIEF**

Appellee Peter Paul Montgomery Buttigieg, Secretary of Transportation, hereby moves for an additional 7-day extension of time, to and including January 19, 2022, within which to file his responsive brief. The reasons for this motion are as follows:

1. The plaintiff in this case, Polyweave Packaging, Inc., is the subject of an administrative enforcement proceeding brought by the Pipeline and Hazardous Materials Safety Administration, an agency within the U.S. Department of Transportation. Polyweave filed this freestanding action in district court to challenge the Secretary's rescission of some guidelines that relate to the initiation and pursuit of agency enforcement proceedings. The district court dismissed Polyweave's action for lack of subject-matter jurisdiction, and Polyweave has appealed.

2.	The appellee's responsive brief is currently due on January 12, 2022, following a 30-day extension of the original due date.

3.	An additional 7-day extension of time, to and including January 19, 2022, is needed for the following reason:  We will need additional time to consult and coordinate about the draft with the Department of Transportation, the United States Attorney's Office, and components within the Department of Justice.  A 7-day extension would make this process possible for those involved.

4.	Sheng Li, Esq., counsel for the appellant Polyweave Packaging, Inc., has informed us that the appellant does not oppose this motion.

5.	For the foregoing reasons, we respectfully request that the Court grant this unopposed motion and extend the time to file the appellee's brief to and including January 19, 2022.

Respectfully submitted,

ABBY C. WRIGHT
 (202) 514-0664

/s/ Edward Himmelfarb

_____
EDWARD HIMMELFARB
 (202) 514-3547
 Attorneys, Appellate Staff
 Civil Division, Room 7541
 Department of Justice
 950 Pennsylvania Ave., N.W.
 Washington, D.C.  20530

## CERTIFICATE OF COMPLIANCE

I certify that this motion is proportionately spaced, using Times New Roman, 14 point font. Based on a word count under Microsoft Word 2016, the body of this motion contains 262 words.

/s/   Edward Himmelfarb

_____
Edward Himmelfarb
Attorney for the Appellee

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2022, I electronically filed the foregoing brief by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

/s/　Edward Himmelfarb
_____
Edward Himmelfarb
Attorney for the Appellee